IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GWENDOLYN RICE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CARLOS DEL TORO, Secretary of the Navy | : | NO. 23-416 |
| | : | |

# ORDER

**AND NOW**, this 27th day of August, 2024, upon consideration of Defendant Carlos Del Toro's Motion for Summary Judgment (Docket No. 27), all documents filed in connection therewith, and the oral argument held on July 11, 2024, for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's oral motion for leave to file her response to Defendant's summary judgment motion *nunc pro tunc* is **GRANTED**.

2. Defendant's Motion for Summary Judgment is **GRANTED**.

3. **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff on all Counts.

4. The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.